UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | Criminal Action No. 11-10218-JLT |
| | * | |
| SAMUEL DIXON, | * | |
| | * | |
| Defendant. | * | |

ORDER

May 21, 2012

TAURO, J.

After a hearing held on April 18, 2012, and reviewing the Parties' submissions, this court hereby orders that Defendant's <u>Motion to Suppress and Motion for Franks Hearing</u> [#15] is DENIED for the reasons set forth in the accompanying memorandum.

IT IS SO ORDERED.

   /s/ Joseph L. Tauro
United States District Judge